| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR |
| | ) SS: | COURT MISHAWAKA DIVISION |
| COUNT OF ST. JOSEPH | ) | CAUSE NO. 71D05-2006-CT-000218 |

MARLENE MALOTT McCASLIN         )
C/O JAMES L. McCASLIN           )
228 W. HIGH STREET              )
ELKHART, INDIANA 46516          )
    Plaintiff,                 )
                                )
v.                              )
                                )
TARGET CORPORATION              )
Store Number 1445               )
155 University Drive East       )
Granger, Indiana 46530-4474     )
                                )
Resident Agent                  )
CT Corporation System           )
334 N. Senate Avenue            )
Indianapolis, IN 46204          )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _X___          Responding ____          Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: ____ Marlene Malott McCaslin_____

   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____228 W. High Street, Elkhart, IN 46516_____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>James L. McCaslin</u>     Atty Number: <u>9433-20</u>

   Name: <u>Nancy A. McCaslin</u>     Atty Number: <u>9980-20</u>

   Address: <u>228 W. High Street. Elkhart, IN 46516</u>

   Phone: <u>574-293-6033</u>

EXHIBIT "A"

FAX: 574-293-7012

Email Address: jmccaslin@mccaslin-law.com

Email Address: nmccaslin@mccaslin-law.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)  certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)  **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)  understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a ____CT_____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __X__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____    Attorney's address

_____    The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____    Another address (provide)
_____

This case involves a petition for involuntary commitment.  Yes ____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____

        (ii) Driver's License Number _____

            State where issued _____ Expiration date _____

        (iii) State ID number _____

            State where issued _____ Expiration date _____

        (iv) FBI number _____

        (v) Indiana Department of Corrections Number _____

    (vi) Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

7. There are related cases: Yes \_\_\_\_ No \_\_X\_\_ *(If yes, list on continuation page.)*

8. Additional information required by local rule:
_____

9. There are other party members: Yes \_\_\_\_ No\_\_\_X\_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes\_\_\_ No \_X\_\_

                                    /s/ James L. McCaslin_____
                                    Attorney-at-Law
                                    (Attorney information shown above.)

| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR |
|---|---|---|
| | ) SS: | COURT MISHAWAKA DIVISION |
| COUNT OF ST. JOSEPH | ) | CAUSE NO. 71D05-2006-CT-000218 |

MARLENE MALOTT McCASLIN )
C/O JAMES L. McCASLIN )
228 W. HIGH STREET )
ELKHART, INDIANA 46516 )
    Plaintiff, )
     )
v. )
     )
TARGET CORPORATION )
Store Number 1445 )
155 University Drive East )
Granger, Indiana 46530-4474 )
     )
Resident Agent )
CT Corporation System )
334 N. Senate Avenue )
Indianapolis, IN 46204 )

## COMPLAINT

COMES NOW Marlene Malott McCaslin, hereinafter referred to as MALOTT, by counsel James L. McCaslin of the law firm of McCASLIN & McCASLIN and shows the Court as follows:

1. That on or about June 30, 2018, she was shopping in Target, Store Number 1445, located on University Drive East in Granger, St. Joseph County, Indiana.

2. She was in pushing a shopping cart in the Notre Dame Fan aisle when she stepped on a clear liquid that was part of a long thin line of liquid that had been allowed to accumulate and remain on the tile floor.

3. Her right foot slipped on the liquid, causing her right knee to hit the floor bearing her weight as her left leg hit the cart.

4. As the result of her fall, Malott suffered damages when she sustained injuries to her back and leg, the extent of which damages and injuries are yet to be determined.

5. The store employees, by the exercise of reasonable care would have discovered the liquid on the tile floor and should have realized that the condition involved an unreasonable risk of harm to a person shopping in the store.

6. The store employees should expect that a shopper would not discover the line of clear liquid on the floor or realize its danger or threatened danger.

7. The employees in control failed to exercise the reasonable care to protect the shopper, including Plaintiff herein, from danger and maintain the store in such a manner as to avoid injury to Malott.

WHEREFORE, Malott prays she be awarded reasonable compensation in amounts as yet undetermined for the personal injury and damages she sustained when she slipped on the clear liquid allowed to be left on the tile floor in Target, and all other relief just and proper in the premises.

Respectfully submitted,

/s/ James L. McCaslin, #9433-20
McCASLIN & McCASLIN
228 W. High Street
Elkhart, Indiana 46516
(574)293-6033
jmccaslin@mccaslin-law.com

| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR |
| --- | --- | --- |
| | ) SS: | COURT MISHAWAKA DIVISION |
| COUNT OF ST. JOSEPH | ) | CAUSE NO. __71D05-2006-CT-000218__ |

MARLENE MALOTT McCASLIN )
C/O JAMES L. McCASLIN )
228 W. HIGH STREET )
ELKHART, INDIANA 46516 )
    Plaintiff, )
)
v. )
)
TARGET CORPORATION )   **SUMMONS**
Store Number 1445 )
155 University Drive East )
Granger, Indiana 46530-4474 )
)
Resident Agent )
CT Corporation System )
334 N. Senate Avenue )
Indianapolis, IN 46204 )


Address:    **Target Corporation**
    **Store Number 1445**
    **155 University Drive East**
    **Granger, Indiana 46530**

    **Resident Agent**
    **CT Corporation System**
    **334 N. Senate Avenue**
    **Indianapolis, IN 46204**

    You have been sued by the persons named "Plaintiff", in the Court stated above.

    The nature of the suit against you is states in the Petition which is attached to this document. It also states the demand which the Plaintiff has made and wants from you.

    You must answer the Petition in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the Petitioner has demanded.

If you have a claim for relief against the Petitioner arising from the same transaction or occurrence, you must assert it in your written answer.

PRAECIPE

The following manner of service of summons is hereby designated: Certified Mail.

Dated: 6/29/2020

*Rita L. Glenn*
Clerk, St. Joseph Superior Court No.___

McCASLIN & McCASLIN
By: James L. McCaslin, #9433-20
228 West High Street
Elkhart, Indiana 46516
(574) 293-6033
Attorney for Petitioner



IN THE ST. JOSEPH COUNTY SUPERIOR COURT 5

STATE OF INDIANA

| | |
|---|---|
| MARLENE MALOTT MCCASLIN ) <br> C/O JAMES L. MCCASLIN ) <br> 228 W. HIGH STREET ) <br> ELKHART, INDIANA 46516 ) <br>          Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TARGET CORPORATION ) <br> STORE NUMBER 1445 ) <br> 155 UNIVERSITY DRIVE EAST ) <br> GRANGER, INDIANA 46530-4474 ) <br>          Defendant. ) | CAUSE NO.: 71D05-2006-CT-000218 |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

    Initiating:____     Responding: __XX__     Intervening:____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party   Target Corporation – Store Number 1445

Address of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
       155 University Drive East, Granger, IN 46530-4474

Telephone # of party_____
*(List on continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2):

    Name:   Jeffrey S. Zipes            Attorney Number:   15303-29
    Address:  Coots, Henke & Wheeler, P.C.   Telephone:   317 844-4693
            255 East Carmel Drive         FAX:         317 573-5385
            Carmel, Indiana 46032-2689    Computer Address: jzipes@chwlaw.com
    *(List on continuation page additional attorneys appearing for above party)*

IMPORTANT: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Notice of Appeal;
(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**
(c) **understands that he is solely responsible for keeping his Roll of Attorneys contact information accurate, see Ind. Admis. Disc. R. 2(A).**

Attorneys can review and update their Roll of Attorneys contact information on the Clerk of Courts Portal at http://portal.courts.in.gov.

3.  This is a __CT__ case type as defined in administrative rule 8(B)(3):

4.  This case involves child support issues. Yes:___ No:_X_ *(If yes, supply social security numbers for all family members on separately attached document filed as confidential information on* **light green paper***. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes: ___ No___XX___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

   _____ Attorney's address
   _____ The Attorney General Confidentiality program address
   (Contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us).**
   _____ Another address (provide)

This case involves a petition for involuntary commitment. Yes: _____ No: _X_

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
       _____

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:
       (i)   Date of Birth _____
       (ii)  Driver's License Number _____
             State where issued _____ Expiration date _____
       (iii) State ID number _____
             State where issued _____ Expiration date _____
       (iv)  FBI number _____
       (v)   Indiana Department of Corrections Number _____

     (vi)  Social Security Number is available and is being provided in an attached confidential document.  Yes ____ No ____

7. There are related cases.   Yes:___  No: X   (*If yes, list on continuation page*)

8 . Additional information required by local rule: _____

9.  There are other party members represented by undersigned counsel:  Yes:___  No:  X   (*If yes, list on continuation page*)

10.  This form has been served on all other parties. Certificate Of Service is attached: Yes:X No:

           _____/s/ Jeffrey S. Zipes_____
           Jeffrey S. Zipes 15303-29
           Target Corporation

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on **July 22, 2020**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS").  I certify that the foregoing person was electronically served a copy of the foregoing document:

McCaslin & McCaslin
James L. McCaslin
228 W. High Street
Elkhart, Indiana 46516
jmccaslin@mccaslin-law.com

           _____/s/ Jeffrey S. Zipes_____
           Jeffrey S. Zipes

Jeffrey S. Zipes   15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
jzipes@chwlaw.com

IN THE ST. JOSEPH COUNTY SUPERIOR COURT 5

STATE OF INDIANA

| | |
|---|---|
| MARLENE MALOTT MCCASLIN ) <br> C/O JAMES L. MCCASLIN ) <br> 228 W. HIGH STREET ) <br> ELKHART, INDIANA 46516 ) <br>            Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> TARGET CORPORATION ) <br> STORE NUMBER 1445 ) <br> 155 UNIVERSITY DRIVE EAST ) <br> GRANGER, INDIANA 46530-4474 ) <br>            Defendant. ) | CAUSE NO.: 71D05-2006-CT-000218 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendant, Target Corporation, Store Number 1445, by counsel, respectfully moves the Court for an extension of time within which to answer Plaintiff's Complaint. In support of said Motion, Defendant states as follows:

1. This matter was initially filed by Plaintiff on or about June 26, 2020. Service was perfected upon Defendant on or about June 29, 2020. Defendant's responsive pleading is due on or about July 22, 2020.

2. Undersigned counsel has just been retained in this matter to represent the Defendant's interests.

3. Undersigned counsel requires an additional thirty (30) days to investigate the facts and circumstances surrounding this incident in order to prepare an adequate answer and responsive pleading.

WHEREFORE, the Defendant, Target Corporation, Store Number 1445, requests a thirty (30) day extension of time, through and including, August 21, 2020, within which to file their

responsive pleading to the Plaintiff's Complaint, and for all other relief just and proper in the premises.

        Respectfully Submitted,

        COOTS, HENKE & WHEELER, P.C.


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes    #15303-29
        Attorney for Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 22, 2020**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS"). I certify that the foregoing person was electronically served a copy of the foregoing document:

McCaslin & McCaslin
James L. McCaslin
228 W. High Street
Elkhart, Indiana 46516
jmccaslin@mccaslin-law.com


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes



Jeffrey S. Zipes, #15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693
(317) 573-5385 (fax)
jzipes@chwlaw.com

2

**FILED**
July 24, 2020
ST. JOSEPH CIRCUIT & SUPERIOR COURT
JT

IN THE ST. JOSEPH COUNTY SUPERIOR COURT 5
STATE OF INDIANA

| | |
|---|---|
| MARLENE MALOTT MCCASLIN )<br>C/O JAMES L. MCCASLIN )<br>228 W. HIGH STREET )<br>ELKHART, INDIANA 46516 )<br>        Plaintiff, )<br>)<br>   vs. )<br>)<br>TARGET CORPORATION )<br>STORE NUMBER 1445 )<br>155 UNIVERSITY DRIVE EAST )<br>GRANGER, INDIANA 46530-4474 )<br>        Defendant. ) | CAUSE NO.: 71D05-2006-CT-000218 |

## ORDER GRANTING EXTENSION OF TIME

Defendant, Target Corporation, Store Number 1445, by counsel, having filed its Motion for Extension of Time to Answer Plaintiff's Complaint. And the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, Target Corporation, Store Number 1445, is hereby granted a thirty (30) day extension of time, to and including August 21, 2020, to respond to Plaintiff's Complaint.

DATED: __July 24, 2020__    _____
JUDGE, ST. JOSEPH SUPERIOR COURT 5

[SEAL: ST. JOSEPH COUNTY INDIANA]

Copies to:

Jeffrey S. Zipes
Coots, Henke & Wheeler, P.C.
255 E. Carmel Drive
Carmel, IN 46032
jzipes@chwlaw.com

McCaslin & McCaslin
James L. McCasli
228 W. High Street
Elkhart, Indiana 46516
jmccaslin@mccaslin-law.com

IN THE ST. JOSEPH COUNTY SUPERIOR COURT 5

STATE OF INDIANA

| | |
|---|---|
| MARLENE MALOTT MCCASLIN )<br>C/O JAMES L. MCCASLIN )<br>228 W. HIGH STREET )<br>ELKHART, INDIANA 46516 )<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>TARGET CORPORATION )<br>STORE NUMBER 1445 )<br>155 UNIVERSITY DRIVE EAST )<br>GRANGER, INDIANA 46530-4474 )<br>    Defendant. ) | CAUSE NO.: 71D05-2006-CT-000218 |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Target Corporation, Store Number 1445 ("Target"), by counsel, and for its Answer to Plaintiff's Complaint, alleges and states as follows:

1. Target is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph one (1) of Plaintiff's Complaint.

2. Target is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph two (2) of Plaintiff's Complaint.

3. Target is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph three (3) of Plaintiff's Complaint.

4. Target is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in rhetorical paragraph four (4) of Plaintiff's Complaint.

5. Target denies the allegations contained in rhetorical paragraph five (5) of Plaintiff's Complaint.

6. Target denies the allegations contained in rhetorical paragraph six (6) of

Plaintiff's Complaint.

7. Target denies the allegations contained in rhetorical paragraph seven (7) of Plaintiff's Complaint.

Wherefore, Defendant, Target Corporation, Store Number 1445, by counsel, respectfully prays that Plaintiff take nothing by way of her Complaint against this Defendant, for costs, and for all other just and proper relief.

## AFFIRMATIVE DEFENSES

1. Any and all allegations contained in Plaintiff's Complaint not specifically admitted or denied by Target are now specifically denied.

2. To the extent that the Indiana Comparative Fault Act applies in this case, Plaintiff is to be apportioned fault for any damages she may have sustained.

3. Subject to the completion of discovery, there may be nonparties as that term is defined in the Indiana Comparative Fault Act whose conduct caused or contributed to cause Plaintiff's alleged damages to whom fault should be apportioned.

4. Subject to the completion of discovery, Target asserts that Plaintiff failed to mitigate her damages.

5. Plaintiff has failed to state a claim upon which relief can be granted.

6. Target reserves the right to assert additional affirmative defenses as the same become apparent or otherwise disclosed during the course of discovery.

## JURY TRIAL REQUEST

Defendant, Target Corporation, Store Number 1445, hereby requests that this matter be tried by a jury.

        Respectfully Submitted,

        COOTS, HENKE & WHEELER, P.C.


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes      #15303-29
        Attorney for Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **August 18, 2020**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS"). I certify that the foregoing person was electronically served a copy of the foregoing document:

McCaslin & McCaslin
James L. McCaslin
228 W. High Street
Elkhart, Indiana 46516
jmccaslin@mccaslin-law.com


        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes



Jeffrey S. Zipes, #15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
(317)  573-5385 (fax)
jzipes@chwlaw.com

3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR COURT 5 |
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO: 71D05-2006-CT-000218 |

MARLENE MALOTT MCCASLIN     )
                            )
       Plaintiff,           )
                            )
v.                          )
                            )
TARGET CORPORATION          )
                            )
       Defendant.           )

## APPEARANCE FORM (CIVIL)

    Initiating Party ( X )
    Responding Party ( )

1.    NAME OR NAMES OF INITIATING/RESPONDING PARTY OR PARTIES:
**MARLENE MALOTT MCCASLIN**

2.    ATTORNEY INFORMATION:

        Daniel H. Pfeifer (5720-71)
        PFEIFER MORGAN & STESIAK
        53600 North Ironwood Drive
        South Bend, IN  46635
        Telephone Number:  (574) 272-2870
        Fax Number:  (574) 271-4329

3.    CASE TYPE: CT

4.    WILL ACCEPT FAX SERVICE?  YES (XX)   NO ( )

5.    ARE THERE RELATED CASES?  YES ( )   NO (XX)

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR |
| | ) SS: | |
| COUNT OF ST. JOSEPH | ) | CAUSE NO. 71D05-2006-CT-000218 |

MARLENE MALOTT McCASLIN )
    Plaintiff, )
     )
v. )
     )
TARGET CORPORATION )
    Defendant. )

## MOTION TO WITHDRAW APPEARANCE

James L. McCaslin, of the law firm of McCASLIN & McCASLIN, attorney for record for Plaintiff, Marlene Malott McCaslin in the above-entitled cause of action, respectfully moves the Court to withdraw said appearance for the reason substitute counsel has appeared.

                                       /s/James L. McCaslin
                                       McCASLIN & McCASLIN
                                       By: James L. McCaslin, #9433-20
                                       228 W. High Street
                                       Elkhart, IN 46516
                                       (574) 293-6033
                                       Attorney for Father

## CERTIFICATE OF SERVICE

I certify that I E-filed with the Court the above and foregoing Motion to Withdraw Appearance on December 30, 2020.

I also certify that I serviced on December 30, 2020, the foregoing proposed Motion to Withdraw Appearance by IEFS, addressed as follows:
Jeffrey S. Zipes
jzipes@chwlaw.com

FILED
December 31, 2020
ST. JOSEPH CIRCUIT & SUPERIOR COURT
JT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH COUNTY SUPERIOR |
| | ) SS: | |
| COUNT OF ST. JOSEPH | ) | CAUSE NO. 71D05-2006-CT-000218 |

MARLENE MALOTT McCASLIN      )
    Plaintiff,      )
       )
v.      )
       )
TARGET CORPORATION      )
    Defendant.      )

## ORDER ON MOTION TO WITHDRAW APPEARANCE

James L. McCaslin, of the law firm of McCASLIN & McCASLIN, attorney of record for Marlene Malott McCaslin in the above-entitled cause of action, having filed his Motion to Withdraw Appearance, which Motion is in the words and figures as follows:

(H.I.)

The Court, having examined the Motion to Withdraw Appearance, and being duly advised in the premises, now orders the Appearance of James L. McCaslin, withdrawn as counsel for Marlene Malott McCaslin.

Dated: **December 31, 2020**

_____
JUDGE, St. Joseph Superior Court No. 5