Filed: 6/26/2020 2:19 PM
Clerk
St. Joseph County, Indiana

STATE OF INDIANA        )       IN THE ST. JOSEPH COUNTY SUPERIOR
                        ) SS:   COURT MISHAWAKA DIVISION
COUNT OF ST. JOSEPH)            CAUSE NO. 71D05-2006-CT-000218

MARLENE MALOTT McCASLIN         )
C/O JAMES L. McCASLIN           )
228 W. HIGH STREET              )
ELKHART, INDIANA 46516          )
    Plaintiff,                  )
                                )
v.                              )
                                )
TARGET CORPORATION              )
Store Number 1445               )
155 University Drive East       )
Granger, Indiana 46530-4474     )
                                )
Resident Agent                  )
CT Corporation System           )
334 N. Senate Avenue            )
Indianapolis, IN 46204          )

## COMPLAINT

COMES NOW Marlene Malott McCaslin, hereinafter referred to as MALOTT, by counsel James L. McCaslin of the law firm of McCASLIN & McCASLIN and shows the Court as follows:

1. That on or about June 30, 2018, she was shopping in Target, Store Number 1445, located on University Drive East in Granger, St. Joseph County, Indiana.

2. She was in pushing a shopping cart in the Notre Dame Fan aisle when she stepped on a clear liquid that was part of a long thin line of liquid that had been allowed to accumulate and remain on the tile floor.

3. Her right foot slipped on the liquid, causing her right knee to hit the floor bearing her weight as her left leg hit the cart.
4. As the result of her fall, Malott suffered damages when she sustained injuries to her back and leg, the extent of which damages and injuries are yet to be determined.
5. The store employees, by the exercise of reasonable care would have discovered the liquid on the tile floor and should have realized that the condition involved an unreasonable risk of harm to a person shopping in the store.
6. The store employees should expect that a shopper would not discover the line of clear liquid on the floor or realize its danger or threatened danger.
7. The employees in control failed to exercise the reasonable care to protect the shopper, including Plaintiff herein, from danger and maintain the store in such a manner as to avoid injury to Malott.

WHEREFORE, Malott prays she be awarded reasonable compensation in amounts as yet undetermined for the personal injury and damages she sustained when she slipped on the clear liquid allowed to be left on the tile floor in Target, and all other relief just and proper in the premises.

Respectfully submitted,

/s/ James L. McCaslin, #9433-20
McCASLIN & McCASLIN
228 W. High Street
Elkhart, Indiana 46516
(574)293-6033
jmccaslin@mccaslin-law.com