UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARLENE MALOTT MCCASLIN,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 3:21-CV-4 JD |

## ORDER

On January 5, 2022, the parties filed a joint Stipulation to Dismiss (DE 25), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: January 6, 2022

                                                 /s/ JON E. DEGUILIO
                                                 Chief Judge
                                                 United States District Court